PWG Copy

FILED ENTERED
LODGED RECEIVED
MAY 24 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**JOSEPH, GREENWALD & LAAKE, P.A**
**6404 IVY LANE, SUITE 400**
**GREENBELT, MD 20770**
301-220-2200
FAX NO. 301-220-1214

**FAX TRANSMITTAL COVER SHEET**

DATE: May 21, 2000

TIME: 5:282:45 p.m.

TO: **PLEASE HOLD FOR:** William Conroy

FAX NUMBER: 410/625-7832

FROM: Steven M. Pavsner, Esquire

CASE NUMBER: Berger

OPERATOR: Katie Ashley

So Ordered
[signature]
USMJ
5/24/00

**DD and CD means delete designation and counter designation**
**O means objection**
**OR means overruled**
**D means delete**

NUMBER OF PAGES INCLUDING THIS ONE: 7

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED.**

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE DO NOT PERMIT ANY DISSEMINATION OR DISTRIBUTION OF THIS COMMUNICATION TO OTHER THAN THE INTENDED RECIPIENT. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY COLLECT TELEPHONE AT (301) 220-2200, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

If you do not receive all of the pages, please call operator listed above at (301) 220-2200 as soon as possible.

323

1 of 6

**Deposition Designation Issues: Jack Cline (18)**

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| **Cutler v. Ford** | | OK | | |
| 420/1-5 OK | 418/3-419/19 OK | OK | | |
| 420/22-24 OK | 420/17-24; 420/25-421/3 | OK | | |
| 422/16-end of page OK | 422/13-15 OK | OK | | |
| ~~423/8-15~~ OK except for 423/12-15 | [redacted] | objection preserved (trial testimony) | | SUSTAINED |
| | 425/7-426/5 OK | OK | | No foundation for ~~801(d)~~ |
| | 426/9-440/16 OK | OK | | 801(d)(2)(D) |
| | | | | |
| | | | | |
| | [illegible struck-through handwriting] | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Deposition Designation Issues: David Houston** (7-9)

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| **Samuel v. Ford** | | | | |
| 55/14-9 | 55/10-58/3 | DD & CD | | |
| 64-2-19 | 64/20-65-3 | OK | | |
| 67/16-69/20 | 69/21-71/5 | DD & CD | | |
| 195/15-18 | 194/3-198/14 | DD & CD | | |
| **Cutter v. Ford:** | None supplied | | | |
| **Moses v. Ford:** | | | | |
| [illegible] | 81/24-83/23 | OK | | |

**Deposition Designation Issues: Richard Matyn (10)**

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| 15/14-16/7 | 11/11-13/13 | OK | | |
| 24/25-25/4 | 25/5-26/8 | OK | | |
| 32/20-34/25 | 29/15-32/19 | OK | | |
| 40/13 ("You're")-41/20 | 38/18-40/12 | OK, but start @ 38/10 | | |
| 47/22-48/8 | 47/10-47/21 | OK | | |

**Deposition Designation Issues: Robert Pascarella (12)**

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| 36/1 ("Was) – 36/12 | 35/19-25 | DD [illegible] | | |
| | 32/8-33/12 | | | |
| | 64/12-20 | OK but start @ 33/1 | | |
| 89/1-21 | 110/14-24 | | | |
| | 169/24-171/9 | ? (missing) | | |
| | | O; if OR, OK, but start @ 169/24-170/1; 170/25-171/9 | | |
| 93/20-94/18 | 92/23-93/19 | OK | | |
| 95/10-96/9 | 95/1-9 | OK | | |
| | 96/10-24 | OK, but D 96/14-19 | | |

All ok

## Deposition Designation Issues: Amnon Sitchin (13)

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| 22/15-25 ok | 20/2-22/14 ok | DD & CD | | |
| 23/20-24/1 ok | 23/16-19 ok | DD & CD | | |
| 49/12 ("would")-15 | 47/25-49/11 | OK | | |
| 49/18-50/7 ok | 50/8-51/13 ok | OK as to 50/8-10 & 50/17-51/13, but D 51/1-5 | | |
| 50/17-50/20 ok | 50/21-51/13 ok | See above | | |
| 108/17-25 ok | 104/7-108/16 ok | O | | |
| 142/25-143/6 ok | 142/12-24 ok | OK, but D 142/22-23 | | |
| 153/2-4 ok | 152/18-25 ok | OK, but D 152/22-23 | | |
| 185/2-20 ok | 185/21-186/2 ok | OK, but D 185/23-24 | | |
| 186/3-11 ok | 186/12-187/20 ok | OK, but D 187/4-5 ok 187/18-20 ok | | |
| 189/19-190/7 ok | 189/1-18 ok | DD & CD | | |
| 191/22-192/25 ok | 190/9-10 ok | DD & CD | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Deposition Designation Issues: David Wotton (17)**

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| **Deposition of 3/23/98:** | | | | |
| 58/18-59/13 | 59/14-61/15' | OK | | |
| 104/12-17 | 103/15-104/11 | DD & CD | | |
| 104/21-23 | 104/25-105.14 | DD & CD | | |
| 120/21-121/8 | 120/23-121/4 | DD & CD | | |
| 121/11-17 | 121/18-122/7 | DD & CD | | |
| | 171/19-175/12 | DD & CD | | |
| Need answer | | | | |
| 176/4-9 | | | | |
| **Deposition of 3/24/98:** | | | | |
| 204/18-205/16 | 205/17-206/13 | OK | | |
| 208/5-8 | 208/10-19 | DD & CD | | |
| 211/23-212/12 | 210/1-211/22, 212/13-214/11 | DD & CD | | |
| 236/20-23 | 235/23-236/19 | OK | | |
| 309/13-24 | 309/25-310/19 | DD & CD | | |
| | NO | | | |

Incomplete

not allowed