

## Deposition Designation Issues: Jeffrey Smith (14)

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| 8/7-21 (OK) | 8/22-9/18 (NO) | OK as to 8/22-23, (NO) 9/16-17c, 9/4-5, 6-7, 10-11, 14-18 | Yes | |
| 23/25-24/11 — NO | Objection to 23/25 – 24/6 SUSTAINED | No valid Obj. | | Occupant crash protection not relevant to rollover claim |
| 24/7-11 OK | | | | |
| 27/18-28/2 OK | 28/3-28/21 OK | OK | | |
| 40/24-41/10 | 40/16-20; 41/11-19; 42/2-23; 91 | DD & CD — OK | | If Pls w/o Designation, Counterdesignation Not relevant to earlier excerpts ∴ Not admissible |
| 44/7-46/4 (NO) | 46/5-47/9 | DD & CD — OK | | |

WMN- 96-2155

MAY 2 0 [illegible]
A. BALL [illegible]
US DIS [illegible]
DISTRICT OF MARYLAND
DEPUTY

13

326

**RULING CODE**

- "OK" — proposed designation or counterdesignation is admissible
- "OK/WD" = PLS proposed designation AND DS counterdesignation are admissible, but if PLS withdraw designation, the counterdesignation also will be withdrawn
- "OK/no-WD" — if PLS withdraw designation, defendant's counterdesignation still admissible under Rule 106
- "No" — designation/counterdesignation not admissible

WMN 96-2155

Objection overruled

## Moses v. Ford

### Deposition Designation Issues: Richard Antoun (1)

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| 23/14-23 | 23/4-12 | Not necessary under 106 or admissible under 804; if permitted, DD & CD | | OK/WD |
| 24/5-8 OK | 24/9-28; 27/7 OK In | Not necessary under 106 or admissible under 804 | | OK/WD |
| 38/25-39/17 | 39/18-25; 42/5-43/8; 44/5 | Not necessary under 106 or admissible under 804, if permitted, DD & CD | | OK-No/WD as modified |
| 40/13-40/21 | 40/1-12 | Not necessary under 106 or admissible under 804; if permitted, DD & CD | | OK/WD |
| 56/4-56/24 | 51/19-56/3 | See above | | OK/WD |
| 62/22-64/8 OK | Objection — overruled (if overruled, include 64/9-15) 125/11-126/1 ok | No valid obj., OK as to CD | | OK/WD |
| 126/4-6 to Question only — No Answer MOOT | | | | Designation + CD OK OBJ. OR |
| 131/21-132/11 | 132/12-133/1 | Not necessary under 106 or admissible under 804 (see 126/2-3); if permitted, DD & CD OK | | Designation not ok, CD moot. OK as to both |

NOTE — Unless otherwise indicated, all objections and comments by counsel are to be excluded; only questions and answers will be allowed.

SO ORDERED
[signature] WMN

| Designation | Counter-designation | Objection | Annotations |
|---|---|---|---|
| 132/14-17 ✓ (OK) | 132/12-133/1, (96/18-97/14, 98/1-16) NO | Not necessary under 106 or admissible under 804; CD includes objections; CD also non-responsive (see 97/15-16); 98/1 also in mid-question, if permitted, DD & CD | OK as to Pl's designation; OK as to modified CD, but OK (w/d) as to all |
| 133/21-134/6 ✓ | 134/7-136/1, 96/18— ok 97/14, 98/1-16, 98/19- ok 105/1-105/2-16, 290/17- 291/8, 494/3-496/19 NO ok | Not necessary under 106 or admissible under 804; CD includes objections; 96/18-97/14 also non-responsive (see 97/15-16); 98/1 also in mid-question, if permitted, DD & CD | OK as designated, but OK (w/d) as to all |
| 169/12-16 ✓ OK | 166/17-169/11 ok | Not necessary under 106 or admissible under 804; CD also includes objections | OK to all exclude objections |
| 188/1-17 ✓ OK | 188/18-21 OK | Not necessary under 106 or admissible under 804; witness merely expresses lack of knowledge | OK to all |
| 190/19-191/1 ✓ | 191/22-192/1 | OK if include 191/7-8 and 191/15-21 (quotes "5th paragraph") ok | OK as to all, exclude objections |
| 202/20-203/11 ok ✓ | 192/2-193/11, 201/11- 202/19, 203/12-17 ok OK | DD & CD | OK |
| 209/16-19 ✓ ▓▓ (NO) | 209/16-22 | DD & CD | (NO) 209/16-19 as to PL's designation. No knife w/o 205/21-22. Pully |

| | | | |
|---|---|---|---|
| 217/4-14 ✓ ⓞⓀ | 217/19-218/9 ⓞⓀ | OK | OK as to all |
| 232/20-24 | 231/4-232/19; (Objection to 232/20) ⓞⓀ | Not necessary under 106 or admissible under 804; no valid obj. | OK as to Pl.'s designation and CD |
| 233/3-12 ✓ 233/1-12 OK | Objection Overruled O/R | No valid obj. | Amended designation OK |
| 260/9-10 ✓ | Objection — O/R (if overruled, include 261/14-263/17) — O/R | No valid obj., CD OK, but delete objections | OK as to both objection O/R |
| 261/5-13 ✓ O/R | Objection — OK (if overruled, include 261/14-263/17) — OK | See above | " " " |
| 265/9-13 ✓ OK | Objection — O/R (if overruled, include 266/3-10) — O/R | No valid obj., not necessary under 106 or admissible under 804 | OK as to both obj. O/R |
| 265/22-266/2 ✓ O/R | Objection — O/R (if overruled, include 266/3-10) — O/R | No valid obj., not necessary under 106 or admissible under 804 | OK as to both - obj. O/R |
| 268/7-20 ✓ OK | Objection — OK (if overruled, include 272/6-273/13) — OK | No valid obj., not necessary under 106 or admissible under 804 | OK as to Both D and |
| 269/2-271/3 ✓ OK | Objection — O/R (if overruled, include 272/6-273/13) — OK | No valid obj., not admissible under 804; CD includes objections | CD. Objection O/R |

3