Ruling CODE: "OK" Pls' Designation ("PD") or Defs' Counterdesignation ("CD") admissible
"OK/WD" - PD and CD OK - but if pla w/d PD, CD is NOT Admissible
"OK/WD/No-WD" - PD OK, CD OK, but if pls w/d PD, CD still is admissible
"NO" - PD or CD not admissible
"OLR" - objection overruled

## Deposition Designation Issues: James Avouris (2)

| Plaintiffs' Designation "PD" | Ford's Counter or Objection "CD" | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| **Berger v. Ford** 14/21-15/4 ✓ OK | 12/14-14/19, 15/5-18/1 ⓝⓞ  12/14-13/22 -NO  14/4-19- OK  15/5-18/1 OK | No valid obj., not necessary under 106 or admissible under 804; CD includes objections; if permitted, DD & CD | NO — see NOK below | PD OK CD OK as modified OK/WD as to all |
| 18/3-16 OK | 15/5-18/1; 18/17-19/13  OK  OK | 15/5-18/1 not necessary under 106 or admissible under 804; CD includes objections; if permitted, DD & CD; OK as to 18/17-19/13, but D objection | | OK/WD as to all |
| 46/2-5 — NO-Relevance  99/20-102/5 (to underlined) "Tests" too vague | 44/4-45/22 NO  102/6-10 OK obscenity -NO | OK as to 102/6-10; 102/11-21 amounts to counsel testifying, as witnesses expresses no knowledge; also not necessary under 106 or admissible under 804; also confusing as Ford claims what they provided is not production level data | | PD OK CD OK at OK/WD as to all |
| 121/13-15, 22 | Objection OK | No valid obj. | ✓ | PD OK CD OK as amended |
| | | | | NO as to all PD OK as modified |

NOTE TO COUNSEL
As to Depositions taken in THIS CASE, provided the Def. can show unavailability of deponent as a trial witness, as provided by Rule 804(a), then deposition testimony, if otherwise admissible, is NOT precluded by Rule 804(b)(1) - because pls counsel was present at deposition.

— SO ORDERED —
Paul [signature] USMJ
5/25/00

MAY 26 2000

327
328

| | Objection | | | |
|---|---|---|---|---|
| 121/22 | 123/7-10 | No valid obj. | | PD OK |
| 123/2 *(OK)* | *(OK)* | OK, but correct typo ("XA4," not "SA4") | | PD OK CD OK/C CD OK - make correction of typo. |
| | **Rule 804:** | | | |
| ✓ | 55/5-10 | Does not meet 804 criteria; also, question garbled – not beyond comprehension | | CD OK if 804(a) met |
| ✓ | 54/12-56/13 | Does not meet 804 criteria | | CD ok if 804(a) met |
| ✓ | 59 | D unclear but does not meet 804 criteria in any event | | CD ok if 804(a) met |
| | 89-90 | D unclear but does not meet 804 criteria in any event | | CD is unclear OK if relevant and if 804(a) met |
| | 95 | D unclear but does not meet 804 criteria in any event | | " " |
| | 96 | D unclear but does not meet 804 criteria in any event | | " " |
| | 97-99 | D unclear but does not meet 804 criteria in any event | | " " |
| | 112/11-20 | D does not meet 804 criteria but OK | | " " |
| | 113/3-114/11 | D begins with an answer, and also does not meet 804 criteria | | " " |

As to 804 issue, Pf. will have to first establish unavailability w/o, rule 804(a) and Fed.R.Civ.P.32. My rulings address the comments of the objections; assuming Pf's can establish unavailability.

| | | | |
|---|---|---|---|
| **Moses v. Ford** | | | |
| 18/8-17 ✓ ⓞⓀ | 18/18-19/7 ⓞⓀ | 114/12-115/5 | D does not meet 804 criteria but OK / CD unclear. To relevant, if 804(a) met. |
| 20/10-17 ✓ ⓞⓀ | 19/8-20/11; 20/18-21/8 ⓞⓀ | Not necessary under 106 or admissible under 804, also confusing because of date mix-up | PD OK / CD OK — counsel can stipulate to correct date |
| 102/13-19 ✓ ⓞⓀ | 102/21-24 ⓞⓀ | OK | PD OK / CD OK |
| 134/11-17 ✓ ⓞⓀ | 134/18-135/23 ⓞⓀ | DD & CD | PD and CD ⓞⓀ / PD OK CD OK OK/WD as to all |
| 135/24-136/4 ✓ ⓞⓀ | 136/5-9 ⓞⓀ | OK | PD + CD OK |
| 137/13-138/7 ✓ ⓞⓀ | 138/8-20; 140/7-144/20 ⓞⓀ | Not necessary under 106 or admissible under 804; also begins with an answer; if permitted, DD & CD | PD ⓞⓀ / CD ⓞⓀ / But OK/WD as to all |
| 281/21-282/4 ✓ ⓞⓀ | 282/19-283/16; 284/5-285/8; 520/11-524/6 — NOT Included | DD & CD | PD OK; CD OK But OK/WD as to all |
| 323/23-324/4 ✓ ⓞⓀ | 324/7-12, 324/16-325/9 ⓞⓀ | Not necessary under 106 or admissible under 804 | PD OK; CD OK But OK/WD as to all |
| 332/7 ② ⓞⓀ / TR is single word "right" | 332/8-20 ⓞⓀ | Not necessary under 106 or admissible under 804 | PD OK / makes no sense |
| 371/15-372/1 ⓞⓀ | 371/14-372/22 ⓞⓀ | [missing] | CD OK. OK/WD as to all |
| ③ — Quoted word "right" | 373/4-374/9 ⓞⓀ / 375/8-ⓞⓀ / ⓃⓄ — 374-ⓞⓀ | 373/4-374/9 not necessary under 106 or admissible under 804; OK as to 375/8-376/2 | PD OK, OK/WD as to all |
| 374/10-375/7 ⓞⓀ | 376/2 ⓞⓀ / 374/1-9 OK | | PD OK / CD OK as modified |

| | Objection | Objection (if overruled, include | |
|---|---|---|---|
| 386/17-387/1 | | | No valid obj., CD OK, but delete objections *OK* |
| | 387/2-19 | | *OK* |
| 387/20-25 *OK* | Objection | | No valid obj. *CD OK, obj O/R* |
| | **Rule 804:** | | |
| | 22/23-26/7 | | Does not meet 804 criteria |
| | 118 | | Does not meet 804 criteria, also, D unclear |
| | 477/14-478/7 | | Does not meet 804 criteria |
| | 510/19-513/2 | | Does not meet 804 criteria |
| | 513/3-514/18 | | Does not meet 804 criteria |
| | | | |
| | | | |
| | | | |

Handwritten annotations (right margin):
- PD OK
- CD OK extend objections
- CD OK, obj O/R
- As to all — 804(b)(1) not met. Pls in this case not parties, so no cross,
- No community of interest w/ Pls in Moyer