## Deposition Designation Issues: Kenneth Snodgrass (15)

| Plaintiffs' Designation | Ford's Counter or Objection | Plaintiffs' Response | Ford's Reply | Resolution |
|---|---|---|---|---|
| ✓ 19/22-20/7 OK | 20/8-21/3 OK | OK | | all OK |
| ✓ 27/15-19 — question only No Answer | 25/9-27/14 26/12-27/14 OK | DD & CD | PD = Question only, no answer. CD OK | |
| ✓ 33/7-10 33/1-10 OK | 33/12-34/20 | OK | PD OK as modified. CD OK | but OK/WD OK |
| ✓ 36/11-37/17 OK | 37/18-38/10 OK | DD & CD | PD OK; CD OK | but OK/WD OK/WD to it |
| ✓ 50/4-13 OK | 48/13-50/3 OK | Not necessary under 106 or admissible under 804 also speculative (see 50/1-2) delete | NO if Def. can show 804(a), 804(b)(i) not 55/18. PD OK CD not OK PD OK | OK as to all — except delete 50/1-2 |
| ✓ 51/21-53/16 OK | 53/17-55/11 OK cut delete | DD & CD | PD OK, CD OK | but OK(WD) as to all |
| ✓ 56/12-57/4 OK | 55/12-56/11 OK | DD & CD | OK w/ revision OK/WD to all | |
| ✓ 57/6-19 OK | 57/20-59/13 OK | DD & CD | CD OK, PD OK CD OK | All OK PD OK CD OK |
| ✓ 63/16-18 OK | 63/4-15 OK | OK | | PD OK CD OK |
| ✓ 63/20-64/20 OK | 64/21-65/7 OK | Not necessary under 106 or admissible under 804 | yes it is | PD OK CD OK |
| ✓ 83/19-85/5 OK | 85/6-14 OK | Not necessary under 106 or admissible under 804; not responsive as to what other auto mfrs do | yes, yes | All OK |
| ✓ 87/12-88/2 OK | 88/3-12 OK | OK | | All OK |
| ✓ 91/19-21 OK 91/8-21 OK | 91/22-92/18 OK | Not necessary under 106 or admissible under 804 | yes it is | PD OK on modified CD OK |
| ✓ 95/6-11 OK | 95/12-98/9 OK | Not necessary under 106 or admissible under 804; also non-responsive, if permitted, DD & CD | yes it is | PD OK, CD OK but OK/WD as to all |
| 104/13-16 quote only | 103/21-104/12 OK | DD & CD | PD OK as modified, CD OK | OK/WD as to all |
| 104/13-16, 18-21 answer | | | | |

* Delete all objections/comments by counsel *

OK/WD = PD and DD are OK but if PD is w/d, so is CD
OK/NO-WD = PD + DD are OK and if PD is w/d CD is NOT WD

PD = PLS designation
CD = Counterdesignation

17

SO ORDERED
/s/ WMN 5/26/00

| | | |
|---|---|---|
| 111/7-14 [OK] | 111/16-112/9; 126/6-127/2 | DD & CD; CD also objectionable under FRE 1001, 1002 & 1004 — *allowable, conditionally R. 104(b)* — PD OK as amended, CD OK, OK(w)D as to all |
| 110/22 – 111/14 [OK] | | |
| 188/10-189/18 [OK] | 189/19-190/9, 193/16-194/20 [OK] | Not necessary under 106 or admissible under 804; if permitted, DD & CD — *yes it is* OK(w)D as to all |
| 197/7-11, 2-11 [OK] | 166/8-170/11 [OK] | Not necessary under 106 or admissible under 804; if permitted, DD & CD — *yes it is* PD OK as amended, CD OK, OK(w)D as to all |
| 206/6-7 NO TESTIMONY Pls' counsel — Pl doc only | 203/5-206/5, 207/2-208/3 [NO] | DD & CD — PD [2D Doc. only] OK, CD not ok |
| 214/12-17 [OK] | 214/18-21/5/5 [OK] | DD & CD — PD OK, CD OK OK(w)D as to all |
| 242/9-10 — [OK] ID Doc only | 239/14-242/8 [No] | DD & CD — PD (PD Doc only) OK, CD NO |
| 376/14-17 [OK] | 373/3-376/13 [OK] | DD & CD — PD + CD OK, OK(w)D as to all |
| 376/19-377/3 [OK] | 377/4-378/8 [OK] | DD & CD — PD + CD OK, OK(w)D as to all |
| 379/8-14 [OK] | 379/16-381/7 [OK] | DD & CD — PD OK w/ addition; CD OK, OK(w)D as to all |
| 403/18-22 Question only - OK | Court has ruled on warning evidence; CD not necessary under 106 or admissible under 804; if permitted, add 150/2-154/4 — [OK] | PD ok as amended; CD only [ok] *Doc obj o'r* ok(w)D @ CD not ok |
| 404 8-13 ad loc — | Overruled | |
| 404/8-13 — *overruled* [OK] | Objection pending re: warning evidence (if overruled, include 149/10-150/1) | See above See ruling |
| 407/17-408/1 [OK] | Objection pending (if overruled, include 149/10-150/1) | PD OK, CD OK |
| *also* [OK] | Objection — *Overruled* (if overruled, include 408/3-6) | PD OK, CD OK |
| | No valid obj, CD OK | PD OK, Def obj o'r, Pl's CD OK |

*Pls' need 379/3-6*