IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL J. SAMUEL, ET AL.      *
                               *
v.                             *    Civil Action No. WMN-96-2155
                               *
FORD MOTOR COMPANY, ET AL.     *
                               *

* * * * * * * * * * * * * * *

<u>**O R D E R**</u>

Pending before the Court is the above matter. The case involves a claim for substantial damages on behalf of the plaintiffs, including Beatriz Berger. Among the damages claimed by Mrs. Berger are permanent psychological injuries.

Prior to the start of this trial on May 15, 2000 counsel for Defendant Ford Motor Company ("Ford") was advised for the first time about certain treatment received by Mrs. Berger from Larry Billion, Ph.D. of Boca Raton, Florida.

On May 24, 2000, Ford made a Motion to Strike the psychological claims made on behalf of Mrs. Berger because Dr. Billion had declined to produce all of his records concerning his evaluation and treatment of Mrs. Berger. The Court has been advised that Mrs. Berger has signed the appropriate releases for Dr. Billion to release this information.

The Court has been advised that Dr. Billion would not produce

his records for the treatment of Mrs. Berger, despite Mrs. Berger providing him with signed releases authorizing the release of this information. The Court hereby orders that Dr. Billion produce all of his records concerning his treatment and evaluation of Mrs. Berger no later than June 1, 2000 to counsel for Mrs. Berger. Once supplied, the produced documents will be subject to a Protective Order and will be used exclusively for this trial.

Dr. Billion's failure to produce the above referenced records concerning Mrs. Berger will seriously prejudice the ability of Mrs. Berger's counsel to prosecute her claim for psychological damages.

DATE: 5/26/00

Paul W Grimm
United States Magistrate Judge