All approved excerpts are exclusive of comments/objections by counsel

| MCNICER | DC-70 |

All ex. is probative value
PD = Plt. Designations
CD = Counterdesignations

(1)

| (P.D) | (Δ) | (Ruling) WMN 96 2155 |
|---|---|---|
| 11/17-20 ] Question only — no answer | 11/21 - 16/9 | 9/6-23 required. 10/17-20 OK, But Def. CD's 11/21-16/9 [absent counsel comments] are required. |
| 18/7 - 24/21 (EX1) | OBJ — O/R | PD OK  EX1 OK except all categories except Steering Handling + Ride to be Redacted |
| 25/6 - 25/24  26/7 | OBJ  O/R | OBJ O/R  PD OK BUT MUST ALSO INCL'D ANSW at 26/5-7. ALSO, 26/9-28/20 required - Rule 106 |
| 29/3-6 (EX2) | OBJ, y O/R  24/9 - 28/19 ] CD OK | OBJ O/R, Def CD OK (see above) EX2 (OK) - but Redacted for all comparison categories except Steering/Handling. pgs 2100-01 NO |
| ~~29/3-6~~ | ~~OBJ~~ | → OBJ SUSTAINED. graphs at 2100-01 lump together too many comparators not related to Handling/Steering. Any 401 is outweighed by 403. Other pgs of EX 2 OK, but redacted, as above. |
| 29/14 - 30/10 (NO) | OBJ Sustained |  |
| 32/12 - 33/3 (NO) | OBJ - Sustained. | Any forecasts of things wrong Broader than steering/handling is 403 > 401. Not admissible |
| 33/13 - 36/23 OK as modified | OBJ sustained in part O/R in part → | + 34/22-38/15 OK (less counsel comments) EX 2 p. 2102 NO (403 > 401). 2103-05 OK, but Redacted for all categories except Steering and Handling. EX 3 403 > 401 except for pgs 886, 889, 892, 895, 898, REDACTED for all categories except STEERING/HANDLING |
| 37/11 - 40/2 (EX3) | OBJ sustained in part, O/R in part |  |
| 41/2 - 41/8 | OBJ | As to EX 3 - only testimony and Exhibit pages directly related to steering + handling comparisons will be allowed. All others to be deleted. Allowable pages are 886, 889, 892, 895, 898 Redacted save for steering/handling |
| 42/7 - 43/18 | OBJ |  |
| 46/6 - 14 (EX4) Testimony w/in these pages of depo. drawing to pages of EX 4 that are admissible is OK - other NOT OK. | OBJ | EX 4 is a 30 page Exhibit. Pgs 1,2,3,4,5,6 [excluding "Braking Performance"] 7, and 8 are OK because they deal with steering + handling. Any graphs relating to OK pages also are OK. Also all deposition testimony describing OK pages also is OK.  SO ORDERED  Paul ___ USMJ 5/29  1 of 3 |

| (PL) | (Δ) | (Ruling) |
|---|---|---|
| 47/18 – 48/15 | OBJ – CD 48/6–50/15 | See ruling above re other depo testimony re EX 4. Same ruling here |
| 50/16 – 51/2 | OBJ. | |
| 102/17 – 103/13 (EX 5) | OBJ. O/R | PD OK, but EX 5, E 6 NOT admissible. Review of them shows that admitting the data itself would be confusing, distracting to jury. Any 401 is outweighed by substantial 403. Testimony at PD sufficient to establish what EX 5 + 6 mean and how Ford did analysis reflected in them. |
| 111/7 – 20 | OBJ. O/R | |
| 112/3 – 113/5 (EX 6) | OBJ O/R | |
| 122/18–23 | OBJ O/R | |
| 123/1–3 | OBJ O/R | |
| 129/5 – 131/7 (EX 9) OK | 131/8 – 133/7 OK | OK(w) as to all – But PD OK, CD OK EX 9 OK only if PD and CD admitted together |
| 133/8 – 134/14 (OK) | 134/15 – 135/16 (OK) | PD OK, CD OK EX 9 admissible only if PD + CD both admitted. OK–w) as to all |
| 135/17 – 136/24 (OK) | 135/2 – 7 (OK) | PD OK, CD OK EX 9 admissible only if PD+CD both admitted. OK–w) as to all |
| 149/8 – 150/3 (OK) | 148/11–149/7, 150/9–10 (OK) | PD OK CD OK OK–w) as to all |
| 173/18–19 (EX 15) (OK) | OBJ O/R | OBJ O/R. PD OK, EX 15 is admissible |
| 173/24–25 (OK) | OBJ O/R | OBJ O/R. PD OK, EX 15 admissible |
| 174/4 (OK) | OBJ O/R | O/R } PD OK |
| 174/13 – 175/5 (OK) | OBJ O/R | O/R } EX 15 Admissible. OBJ's O/R |

2 of 3

| (Pl) | (Δ) | (Ruling) |
|---|---|---|
| 194/22-23 (EX18) (OK) | objection O/R | EX 18 admissible, all PD's are OK. All objections are O/R. 401 to show feasibility of making product w/o alleged defect — risk/benefit factor analysis |
| 195/5-11 (OK) | objection O/R | |
| 195/23 – 196/25 (OK) | objection O/R | |