π

Buffa designations (Plaintiffs)

scope   33:7-11 (omitting "Prudential Ins Co.") OK
scope   33:17-22 (omitting "Prudential") OK
scope   38:18 – 39:20 OK
OK add l.16-18  40:7-15   added OK l.16-18
scope   51:2 – 60:11  NO
rebuttal 99:3-8
        100:14 – 101:25  NO

So ordered
[signature] USMJ
6/12/00

WMN-96-2155

Δ

p. 74: 8-22  OK
p. 83: 25 – 85:12  OK
p. 102: 25 – 103:19  OK

Pete has full - Return to Denise - Thanks!!

337