IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MICHAEL J. SAMUEL, et al**    \*

    v.    \*    CIVIL NO. WMN-96-2155

**FORD MOTOR COMPANY, et al**    \*

\* \* \* \* \* \* \*

ORDER

The Court having ruled on the following Motions, it is this 15th, day of June, 2000:

1. **"GRANTING"** Defendant's Motion on Strict Liability/Failure to warn and Negligent Failure to Warn (paper 335).

2. **"GRANTING"** Defendant's Oral Motion RE: Breach of Warranty of Fitness for a Particular Purpose

3. **"GRANTING"** Defendant's Oral Motion Regarding Non Economic Damages for Mark Samuel.

4. **"DENYING"** All other Defendant's FRCP50(a) Motions.

IT SO ORDERED this _____ day of June, 2000.

_____
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE