**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MICHAEL J. SAMUEL, ET AL.          *
                                   *
       v.                          *    Civil Action No. WMN-96-2155
                                   *
FORD MOTOR COMPANY, ET AL.         *
                                   *

    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER OF JUDGMENT WITH RESPECT TO DEFENDANT**
**FORD MOTOR COMPANY, AND DETERMINATION OF NO JUST REASON**
**FOR DELAY, PURSUANT TO FED. R. CIV. P. 54(b)**

The jury having returned a verdict in favor of the Defendant
Ford Motor Company against the Plaintiffs Michael J. Samuel, et.
al., it is this _19th_ day of June, 2000,

**ORDERED,**

1.   Judgment is entered in favor of Defendant Ford Motor
Company against Plaintiffs Michael J. Samuel, et. al., with costs;
and

2.   Any and all prior rulings made by the Court disposing of
any claims of the Plaintiffs against Ford Motor Company are
incorporated by reference herein, and this Order shall be deemed to
be a final judgment within the meaning of Fed. R. Civ. P. 58; and

3.   Pursuant to Fed. R. Civ. P. 54(b), this judgment fully
disposes of all claims involving the Plaintiffs and Defendant Ford
Motor Company, but does not fully dispose of Plaintiffs' claims

MICROFILMED
JUN 2 1 2000

**Samuel v. Ford**
**WMN-96-2155**

against Co-Defendant Hamilton.  This order directs final judgment as to Plaintiffs' claims against Defendant Ford Motor Company, and it is expressly determined by the Court that there is no just reason for delay and it is expressly directed that judgment be entered in favor of Defendant Ford Motor Company, as stated in paragraph one above.

DATE: 6/19/00

Paul W. Grimm
United States Magistrate Judge

2