IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| MICHAEL J. SAMUEL, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No. WMN-96-2155 |
| | : | |
| FORD MOTOR COMPANY, et al. | : | |
| | : | |
| Defendants. | : | |
| ..…………………………………… | : | |

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF ALL CLAIMS TO COSTS OR SANCTIONS**

Defendant Ford Motor Company and the remaining plaintiffs, Richard and Bea Berger, individually and as parents and next friends of Rachael Ann Berger, by counsel, hereby stipulate and agree to the following and further move the Court to issue any necessary orders accordingly:

1. The remaining parties have reached agreement regarding the disposition of this case and all remaining issues as reflected herein.

2. Ford Motor Company has agreed to withdraw and not pursue its Bill of Costs at the trial level or any costs it may be due as a result of the appeal or otherwise in connection with this case.

3. The remaining plaintiffs have agreed to forego collection of sanctions due the plaintiffs from Ford Motor Company in connection with discovery issues.

4. The parties further stipulate that this matter shall be fully and finally dismissed with prejudice and with final judgment entered in favor of Ford Motor Company, with each

party to bear his, her or its own fees, costs and expenses. *See* Federal Rules of Civil Procedure, Rule 41.

Respectfully submitted,

/s/                                                                          /s/

_____            _____
Robert Toland II, Esquire                              Andrew E. Greenwald, Bar # 01142
Campbell, Campbell, Edwards & Conroy       Steven M. Pavsner, Bar # 01353
Three Glenhardie Corporate Center              Cary J. Hansel, Bar # 14722
1265 Drummers Lane, Suite 200                  Joseph, Greenwald & Laake, P.A.
Wayne, Pennsylvania 19087                          6404 Ivy Lane, Suite 400
(610) 964-1900                                              Greenbelt, Maryland 20770
                                                                      (301) 220-2200

Counsel for Defendant                                 Counsel for Plaintiffs
Ford Motor Company                                   Richard and Bea Berger,
                                                                      individually and as parents and
                                                                      next friends of Rachael Ann Berger

party to bear his, her or its own fees, costs and expenses. *See* Federal Rules of Civil Procedure, Rule 41.

Respectfully submitted,

/s/                                                                          /s/

_____            _____
Robert Toland II, Esquire                              Andrew E. Greenwald, Bar # 01142
Campbell, Campbell, Edwards & Conroy       Steven M. Pavsner, Bar # 01353
Three Glenhardie Corporate Center              Cary J. Hansel, Bar # 14722
1265 Drummers Lane, Suite 200                  Joseph, Greenwald & Laake, P.A.
Wayne, Pennsylvania 19087                          6404 Ivy Lane, Suite 400
(610) 964-1900                                              Greenbelt, Maryland 20770
                                                                      (301) 220-2200

Counsel for Defendant                                 Counsel for Plaintiffs
Ford Motor Company                                   Richard and Bea Berger,
                                                                      individually and as parents and
                                                                      next friends of Rachael Ann Berger